155 A.3d 901

**STATE of Maryland**

v.

**PACK, Gordon**

**Pet. Docket No. 16, Sept. Term, 2017**

Court of Appeals of Maryland.

March 30, 2017

Pending in the Court of Special Appeals (No. 1198, Sept. Term, 2016).

Petition for writ of certiorari and conditional cross-petition—both denied